# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN McCREESH, IV, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | No. 20-3002 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **25th** day of **August 2020**, after consideration of Plaintiff's Motion to Remand to the Philadelphia County Court of Common Pleas Pursuant to 28 U.S.C. § 1446(b), and the responses and replies thereto, and for the reasons outlined in this Court's Memorandum dated August 25, 2020, it is **ORDERED** that Plaintiff's Motion (Document No. 10) is **DENIED.**

BY THE COURT:

/s/ Berle M. Schiller

**Berle M. Schiller, J.**